1

2

3

4

5

6        **IN THE UNITED STATES DISTRICT COURT**

7        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    MARCUS ANTHONY POWELL,              No. CIV S-05-1167-LKK-CMK-P

10            Petitioner,

11        vs.                            <u>ORDER</u>

12   RICHARD KIRKLAND,

13            Respondent.

14   _____/

15            Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ

16   of habeas corpus pursuant to 28 U.S.C. § 2254.   Pending before the court is petitioner's motion

17   for appointment of counsel (Doc. 5).  Also pending is petitioner's motion for a "stay and

18   abeyance" order.

19            Turning first to the motion for appointment of counsel, the motion is presented by

20   attorney Manuel J. Baglanis, who had been appointed to represent petitioner in his state court

21   direct appeal and habeas proceedings.  Counsel states that, due to his familiarity with petitioner's

22   case, he prepared and filed the instant federal habeas petition on petitioner's behalf.  Counsel

23   now seeks appointment in this case under the Criminal Justice Act.  Such appointment cannot be

24   made, however, unless the petitioner has first been granted leave to proceed in forma pauperis.

25   The court's docket reflects that petitioner has not sought in forma pauperis status.  Absent such

26   an order, petitioner is not entitled to access to government funds for appointment of counsel.

1    Therefore, the motion will be denied without prejudice.

2            As to the pending motion for a "stay and abeyance" order, the court will direct

3    respondent to file a response before the court decides the motion.

4            Finally, the docket reflects that, on June 21, 2005, the court directed respondent to

5    file a response to the petition within 45 days.  That time has now elapsed and no response has

6    been filed.  Respondent will be directed to show cause why sanctions should not be imposed for

7    failure to comply with the court's order.  If respondent files a response to the habeas petition

8    within the time provided herein, the court will consider such filing an adequate response to this

9    order to show cause.

10           Accordingly, IT IS HEREBY ORDERED that:

11           1.    Petitioner's motion for appointment of counsel is denied without

12   prejudice;

13           2.    Respondent is directed to show cause, in writing, within 20 days of the

14   date of service of this order why sanctions should not be imposed for failure to comply with the

15   court's June 21, 2005, order to file a response to the instant habeas petition;

16           3.    Respondent is also directed to file a response to petitioner's motion for a

17   "stay and abeyance order," filed on August 4, 2005, within 20 days of the date of service of this

18   order; and

19           4.    The Clerk of the Court is directed to serve a copy of this order on Jo

20   Graves, Senior Assistant Attorney General.

21

22   DATED:  December 4, 2005.

23

24                                          _____
                                           **CRAIG M. KELLISON**
25                                         UNITED STATES MAGISTRATE JUDGE

26

                                            2