IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ANTHONY POWELL, | No. CIV S-05-1167-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| RICHARD KIRKLAND, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending is the court's December 7, 2005, order to show cause and respondent's response thereto (Doc. 11).  Also pending before the court is petitioner's motion for an order to stay these proceedings and hold consideration of petitioner's claims in abeyance pending exhaustion of state court remedies ("stay-and-abeyance order") (Doc. 6), which will be addressed separately.

As to the order to show cause, in light of respondent's response filed on December 16, 2005, and good cause appearing therefor, the order to show cause will be discharged.

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that the court's December 7, 2005,
2  order to show cause is discharged.

4  DATED: February 6, 2006.

<br>

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE