**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS ANTHONY POWELL,<br><br>    Petitioner,<br><br>  vs.<br><br>RICHARD KIRKLAND,<br><br>    Respondent.<br>_____/ | No. CIV S-05-1167-LKK-CMK-P<br><br><br>FINDINGS AND RECOMMENDATIONS |

        Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an order to stay these proceedings and hold consideration of petitioner's claims in abeyance pending exhaustion of state court remedies ("stay-and-abeyance order") (Doc. 6).  Respondent has filed a statement of non-opposition to the request.

        Based on the foregoing, the undersigned recommends that:

        1.    Petitioner's unopposed motion for a stay-and-abeyance order be granted;

        2.    These proceedings be stayed pending further order of the court; and

        3.    Petitioner be required to submit a motion to lift the stay within 30 days after disposition by the state court.

1    These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations."  Failure to file objections within the specified time may waive
6 the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

8 DATED:   February 6, 2006.

                                                            _____
10                                                         **CRAIG M. KELLISON**
                                                            UNITED STATES MAGISTRATE JUDGE