# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS ANTHONY POWELL,                    No. CIV S-05-1167-LKK-CMK-P

    Petitioner,

  vs.                                                                      <u>ORDER</u>

RICHARD KIRKLAND,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On February 7, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days. Petitioner has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 7, 2006, are adopted in full;

2. Petitioner's unopposed motion for a stay-and-abeyance order is granted;

3. These proceedings are stayed pending further order of the court; and

4. Petitioner shall submit a motion to lift the stay within 30 days after disposition by the state court.

DATED: March 10, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT