IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ANTHONY POWELL, | No. CIV S-05-1167-LKK-CMK-P |
| Petitioner, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| RICHARD KIRKLAND, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 13, 2006, the court granted petitioner's unopposed motion for an order to stay these proceedings and hold consideration of petitioner's claims in abeyance pending exhaustion of state court remedies ("stay-and-abeyance order"). Petitioner was directed to file a motion to lift the stay within 30 days of completion of state court proceedings. Pending before the court is petitioner's motion to lift the stay (Doc. 16), filed on May 3, 2006.

In his motion, petitioner states, through retained counsel, that state court proceedings concluded on April 26, 2006. Petitioner now seeks an order lifting the stay-and-abeyance order. Good cause appearing therefor, the motion should be granted.

Based on the foregoing, the undersigned recommends that:

1. Petitioner's motion to lift the stay-and-abeyance order be granted; and

2. Respondent be directed to file a response to petitioner's petition.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, any party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 25, 2006.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE