IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS ANTHONY POWELL,         No. CIV S-05-1167-LKK-CMK-P

    Petitioner,

  vs.                                     ORDER

RICHARD KIRKLAND,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On May 26, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days. Petitioner has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 26, 2006, are adopted in full;
2. Petitioner's motion to lift the stay-and-abeyance order is granted; and
3. Respondent is directed to file a response to petitioner's petition within 30 days of the date of service of this order.

DATED: September 11, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT