IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ANTHONY POWELL,<br><br>　　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>RICHARD KIRKLAND, Acting Warden,<br><br>　　　　　　　　　　　　　Respondent. | CIV S-05-1167 LKK CMK P<br><br>**ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a sixty-day enlargement of time to and including December 10, 2006, to file a response, is hereby GRANTED.

October 11, 2006

　　　　　　　　　　　/s/　**CRAIG M. KELLISON**
　　　　　　　　　　　Craig M. Kellison
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE