IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCUS ANTHONY POWELL,**<br><br>                                              Petitioner,<br><br>     v.<br><br>**RICHARD KIRKLAND, Acting Warden,**<br><br>                                              Respondent. | CIV S-05-1167 LKK CMK P<br><br>**ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty-day enlargement of time to and including January 9, 2007, to file a response, is hereby GRANTED.

December 11, 2006

　　　　　　　　　　　　　　/s/   **CRAIG M. KELLISON**
　　　　　　　　　　　　　　Craig M. Kellison
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1