IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCUS ANTHONY POWELL,** | CIV S-05-1167 LKK CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **RICHARD KIRKLAND, Acting Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty-day enlargement of time to and including February 8, 2007, to file a response, is hereby GRANTED.

January 5, 2007

/s/    **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1