IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS ANTHONY POWELL,

    Petitioner,               No. 2:05-cv-01167 ALA (HC )

    vs.

RICHARD KIRKLAND,         ORDER

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's June 27, 2008, denial of his petition for a writ of habeas corpus, (Doc. No. 34), along with an application to proceed in forma pauperis, (Doc. No. 35), and an application for a certificate of appealability (Doc. No. 34).

    The Federal Rules of Appellate Procedure require that a party who wishes to proceed in forma pauperis on appeal must file in this Court a motion, attaching an affidavit that "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." FED. R. APP. P. 24(a)(1)(A)-(C). Petitioner has filed a "Declaration in Support of Request to Proceed In Forma Pauperis," which states that Petitioner has no assets, no income and has $0 on account to his credit at the Kern Valley State

1

1  Prison.  The form is signed by Petitioner but there is no signature provided in the area designated
2  for the "Authorized Officer of Institution/Title of Officer" attesting to the balance in Petitioner's
3  prison trust account.  This declaration satisfies the requirements of FED. R. APP. P. 24(a)(1)(A)-
4  (C).  However, before Petitioner can appeal this Court's decision denying his petition, a
5  certificate of appealability must issue.  28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

6       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has
7  made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The
8  court must either issue a certificate of appealability indicating which issues satisfy the required
9  showing or must state the reasons why such a certificate should not issue.  FED. R. APP. P. 22(b).

10      For the reasons set forth in the court's June 27, 2007 decision, Petitioner has not made a
11 substantial showing of the denial of a constitutional right.  Accordingly, a certificate of
12 appealability will not issue in this action.

13      In accordance with the above, IT IS HEREBY ORDERED that:

14         1. Petitioner's application to proceed in forma pauperis on appeal is GRANTED;
15 and,

16         2. A certificate of appealability will not issue in this action.

17 /////

18 DATED: August 4, 2008

19                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
20                                            Sitting by Designation